11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT



James M. Morris,

\* From the 458th District Court
of Fort Bend County,
Trial Court No. 20-DCV-273469.

Vs. No. 11-20-00182-CV

\* August 20, 2020

Rudy Kidder, Jr. and Kimberly
Hyde, as independent executrix of
the Estate of Ophelia Kidder,
deceased,

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has considered James M. Morris's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.